THE HONORABLE TIFFANY M. CARTWRIGHT

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| ALISON WESTOVER, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF WASHINGTON; WASHINGTON STATE DEPARTMENT OF NATURAL RESOURCES; HILARY FRANZ; CARLO DAVIS; SARAH FORD; DARWIN FORSYTH, <br><br> Defendants. | Case No. 3:24-cv-05872-TMC <br><br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Alison Westover gives notice that this action is voluntarily dismissed with prejudice with each party agreeing to bear its own costs.

///

///

///

NOTICE OF VOLUNTARY DISMISSAL - 1

Silent Majority Foundation
5238 Outlet Dr.
Pasco, WA 99301

DATED, May 20, 2025.

Respectfully submitted,

**SILENT MAJOR FOUNDATION**

*/s/ S. Peter Serrano*
Simon Peter Serrano, WSBA No. 54769
Karen L. Osborne, WSBA No. 51433
5238 Outlet Dr.
Pasco, WA 99301
(530) 906-9666
pete@smfjb.org
karen@smfjb.org

Counsel for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL - 2

Silent Majority Foundation
5238 Outlet Dr.
Pasco, WA 99301

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2025, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to all parties who are registered with the CM/ECF system.

DATED May 20, 2025.

*/s/ S. Peter Serrano*
Simon Peter Serrano

NOTICE OF VOLUNTARY DISMISSAL - 3

Silent Majority Foundation
5238 Outlet Dr.
Pasco, WA 99301